ROB BONTA (State Bar No. 202668)
Attorney General of California
BRIAN D. WESLEY (State Bar No. 219018)
Supervising Deputy Attorney General
JARRAD WOOD (State Bar No. 310688)
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6557
 Fax:  (916) 731-2144
 E-mail:  Jarrad.Wood@doj.ca.gov
*Attorneys for Claimant*
*California Franchise Tax Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENTRA DEFAULT SOLUTIONS LLC,**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA AND ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT 161 SMITH ROAD, ALAMO, CA 94507,**<br><br>Respondents, | Case No. 3:25-cv-3900<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CLAIMANTS CALIFORNIA FRANCHISE TAX BOARD, PSG & ASSOCIATES MANAGEMENT INC., AND PERLA SANCHEZ GUTIERREZ**<br><br>Judge:  Hon. William H. Orrick<br>Trial Date:  None Set<br>Removal:  May 5, 2025<br>Action Filed: April 2, 2025 (Contra Costa County Superior Court Case No. N25-0667) |

Having considered the Stipulation to Dismiss Claimants California Franchise Tax Board, PSG & Associates Management Inc. and Perla Sanchez Gutierrez (the Stipulation) filed by the California Franchise Tax Board on behalf of itself, Petitioner Entra Default Solutions, LLC, and Claimants United States of America, and PSG, the Stipulation is hereby **GRANTED**. Claimants California Franchise Tax Board, PSG & Associates Management Inc. and Perla Sanchez Gutierrez are **DISMISSED** from this action with prejudice.

**IT IS SO ORDERED.**

DATED this 22nd day of July, 2025.



_____
WILLIAM H. ORRICK
SENIOR DISTRICT JUDGE