ANTHONY J. IOZZO (New York Bar No. 5402649)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 215-6297
Facsimile: (202) 307-0054
Anthony.Iozzo@usdoj.gov
Western.taxcivil@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENTRA DEFAULT SOLUTIONS LLC,

    Petitioner,

    v.

UNITED STATES OF AMERICA and ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT 161 SMITH ROAD, ALAMO, CA 94507,

    Respondents.

_____

Case No. 3:25-cv-03900-WHO

[**PROPOSED**] **ORDER DISMISSING ACTION**

    Having considered the Request for Voluntary Dismissal filed by the United States, this action is hereby **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). **IT IS SO ORDERED.**

DATED this 24th day of September, 2025.

_____
WILLIAM H. ORRICK
SENIOR DISTRICT JUDGE

[Proposed] Order Dismissing Action
(Case No. 3:25-cv-03900-WHO)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6495